# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2025

Anthony Frank Sabatini
Sabatini Law Firm, PA
411 N DONNELLY ST STE 3
MOUNT DORA, FL 32757

Appeal Number:  24-11033-GG
Case Style:  Estate of Lane Caviness, et al v. Atlas Air, Inc., et al
District Court Docket No:  1:22-cv-23519-KMM

The brief you filed in the referenced appeal is deficient because you have not included a certificate of interested persons and corporate disclosure statement and a statement regarding oral argument.

Your brief has been conditionally filed. You must electronically file the entire corrected brief and submit four (4) paper copies of the corrected brief within **FOURTEEN (14) DAYS** from this date.

The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of corrected copies. See 11th Cir. R. 32-3.

If you fail to timely file the required item, the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8 Brief deficiency ltr