**No. 24-11033**

---

**IN THE UNITED STTAES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

ESTATE OF LANE CAVINESS, *et al.,*

*Plaintiffs-Appellants,*

v.

ATLAS AIR, INC., *et al.,*

*Defendants-Appellees.*

---

ON APPEAL from the United States District Court
for the Southern District of Florida,
Case No. 1:22-cv-23519-KMM-LFL (Hon. K. Michael Moore)

---

**PLAINTIFFS-APPELLANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

---

**ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
SABATINI LAW FIRM, P.A.
411 N Donnelly Street, Suite 313
Mount Dora, FL 32757
T: (352) 455-2928
anthony@sabatinilegal.com**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a),

Plaintiffs-Appellants provides this Certificate of Interested Persons:

1. Abarca Torres, Ricardo (Plaintiff-Appellant).

2. AHVF II (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

3. Akerlund, Patrick (Plaintiff-Appellant).

4. Alzati, Michael (Plaintiff-Appellant).

5. Anderson, Eric W. (Plaintiff-Appellant).

6. AP Rand Holdings, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

7. AP X (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

8. Atlas Air, Inc. (Defendant-Appellee).

9. Atlas Air Worldwide Holdings, Inc. (parent of Defendant-Appellee Atlas Air, Inc.).

10. Ballard Jr., Michael G. (Plaintiff-Appellant).

11. Barrionuevo, Cindy (Plaintiff-Appellant).

12. Bearce Jr., Larry James (Plaintiff-Appellant).

13. Bellman, Robert (Plaintiff-Appellant).

14. Bendiburg, Benjamin (Plaintiff-Appellant).

15. Berry, Douglas (Plaintiff-Appellant).

16. Berry, Gregory (Plaintiff-Appellant).

17. Bohnert, Douglas (Plaintiff-Appellant).

18. Botha, Lynette (Plaintiff-Appellant).

19. Buehrer, Caleb (Plaintiff-Appellant).

20. Bullock, Richard (Plaintiff-Appellant).

21. Carlson, Jeffrey (Former Defendant).

22. Carroll, Jon (Plaintiff-Appellant).

23. Caskey, Vergil (Plaintiff-Appellant).

24. Castor, James (Plaintiff-Appellant).

25. Chapman, Brett L. (Plaintiff-Appellant).

26. Charboneau, Nathan (Plaintiff-Appellant).

27. Churchel, Shawn (Plaintiff-Appellant).

28. Cole, Scott, Kissane, P.A. (law firm of Counsel for Defendant-Appellee Flight Services International, LLC).

29. Colon, Joel (Plaintiff-Appellant).

30. Connor, Mark (Plaintiff-Appellant).

31. Cronauer, Matthew (Plaintiff-Appellant).

32. Cunningham, Fred (Plaintiff-Appellant).

33. Danza, Royal (Plaintiff-Appellant).

34. De Sousa, Elliot (Plaintiff-Appellant).

35. Desandro, Eric (Plaintiff-Appellant).

36. Dietrich, John W. (Former Defendant).

37. Dixon, Steve (Plaintiff-Appellant).

38. Dorsey & Whitney LLC (law firm of Counsel for former Defendant EncompassAir, LLC ).

39. EncompassAir, LLC (Former Defendant).

40. Erickson, James (Plaintiff-Appellant).

41. Esquivia, Luis (Plaintiff-Appellant).

42. Estate of Lane Caviness (Plaintiff-Appellant).

43. Estes, Lee (Plaintiff-Appellant).

44. Fleischer Louis, Lauren (Magistrate Judge, United States District Court for the Southern District of Florida).

45. Flight Services International, LLC (Defendant-Appellee).

46. Fratti, Robert (Plaintiff-Appellant).

47. Frisbie, Jason (Plaintiff-Appellant).

48. Frye, Timothy (Plaintiff-Appellant).

49. Fussle, Jonathan (Plaintiff-Appellant).

50. Gamboa, Tony (Plaintiff-Appellant).

51. Gebhard, Dennis (Plaintiff-Appellant).

52. Ghods, Reza (Plaintiff-Appellant).

53. Gilman, Mark (Plaintiff-Appellant).

54. Giudice, Robert (Plaintiff-Appellant).

55. Goodwin-Peters, Patricia (Former Defendant).

56. Gordon, Eric (Plaintiff-Appellant).

57. Gordon, Greg (Plaintiff-Appellant).

58. Green, Matthew Alexander (Counsel for Defendant-Appellee Flight Services International, LLC).

59. Greer, Daniel (Plaintiff-Appellant).

60. Grisham, Michael A. (Counsel for former Defendant EncompassAir, LLC).

61. Hartsell, Gabriel Matthew (Counsel for former Defendant EncompassAir, LLC).

62. Heivilin, Rexford T. (Plaintiff-Appellant).

63. Henning, Jason (Plaintiff-Appellant).

64. Hewson III, David (Plaintiff-Appellant).

65. Hill City Fund I, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

66. Hogan, Michelle (Counsel for Defendant-Appellee Atlas Air, Inc.).

67. Hontz, Todd (Plaintiff-Appellant).

68. Hudson, Daniel (Plaintiff-Appellant).

69. JFL-Rand Partners, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

70. John Pierce Law PC (law firm of Counsel for Plaintiffs-Appellants).

71. Jones Day (law firm of Counsel for Defendant-Appellee Atlas Air, Inc.).

72. Justice Roger (Plaintiff-Appellant).

73. Kassandji Venancius (Plaintiff-Appellant).

74. Kearins, John (Plaintiff-Appellant).

75. Keen, David (Plaintiff-Appellant).

76. Kinder, Ricky (Plaintiff-Appellant).

77. Kirby, Beth (Plaintiff-Appellant).

78. Koustas, Andreas N. (Plaintiff-Appellant).

79. Kravetz, Chad (Plaintiff-Appellant).

80. Lee, Daniel (Plaintiff-Appellant).

81. Linas, Jonathan M. (Counsel for Defendant-Appellee Atlas Air, Inc.).

82. Lindberg, Carl (Plaintiff-Appellant).

83. Loschiavo, Joseph (Plaintiff-Appellant).

84. Lutz, Andrew (Plaintiff-Appellant).

85. Lutz, Blythe (Plaintiff-Appellant).

86. Macario, Rafael (Plaintiff-Appellant).

87. Maugeri, Alexander V. (Counsel for Defendant-Appellee Atlas Air, Inc.).

88. Mayo Jr., Douglas P. (Plaintiff-Appellant).

89. McMillan, Montague (Plaintiff-Appellant).

90. McQuillen, April (Plaintiff-Appellant).

91. McQuillen, Christopher (Plaintiff-Appellant).

92. Meissner, Steven (Plaintiff-Appellant).

93. Michonski, Jeffrey (Plaintiff-Appellant).

94. Mickler, Andrew (Plaintiff-Appellant).

95. Moore, K. Michael (Judge, United States District Court for the Southern District of Florida).

96. Morris, Corey (Plaintiff-Appellant).

97. Muratore, Steven (Plaintiff-Appellant).

98. Myers, Gregory (Plaintiff-Appellant).

99. Napora, Peter (Plaintiff-Appellant).

100.  Pardo, Joel (Plaintiff-Appellant).

101.  Phillips, Lance (Plaintiff-Appellant).

102.  Phillips, Patrick (Plaintiff-Appellant).

103.  Pedrosa, Eliot (Counsel for Defendant-Appellee Atlas Air, Inc.).

104.  Pierce, John M. (Counsel for Plaintiffs-Appellants).

105.  Pittet, Siegfried (Plaintiff-Appellant).

106.  Pronk, Glen (Plaintiff-Appellant).

107.  Rand Intermediate, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

108. Rand Intermediate Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

109. Rand Management Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

110. Rand Midco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

111. Rand Parent, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

112. Rand Topco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

113. Randall, Charles (Plaintiff-Appellant).

114. Raymond, Peter (Plaintiff-Appellant).

115. Roberts, Joshua (Plaintiff-Appellant).

116. Robertson, Rebecca (Plaintiff-Appellant).

117. Rogers, Jason (Plaintiff-Appellant).

118. Sabatini, Anthony Frank (Counsel for Plaintiffs-Appellants).

119. Sabatini Law Firm P.A. (law firm of Counsel for Plaintiffs-Appellants).

120. Samson, Gregory (Plaintiff-Appellant).

121. Schreck, Kimberly (Plaintiff-Appellant).

122. Serritella, William (Plaintiff-Appellant).

123. Shelton, Gentry (Plaintiff-Appellant).

124. Snaza, Todd (Plaintiff-Appellant).

125. Sorrentino, Donald (Plaintiff-Appellant).

126. South, Mark (Plaintiff-Appellant).

127. Stark, Michael (Plaintiff-Appellant).

128. Staton, Austin (Plaintiff-Appellant).

129. Stoneking, Elizabeth (Plaintiff-Appellant).

130. Stowells, Forrest (Plaintiff-Appellant).

131. Surber, Barbara Janeice (Plaintiff-Appellant).

132. Swift, John (Plaintiff-Appellant).

133. Taylor, Nick (Plaintiff-Appellant).

134. Thien, Mark (Plaintiff-Appellant).

135. Thompson, William (Plaintiff-Appellant).

136. Thoroughman, Brandon (Plaintiff-Appellant).

137. Tonda, Geri (Plaintiff-Appellant).

138. Verdes, Gustavo (Plaintiff-Appellant).

139. Villella, James (Plaintiff-Appellant).

140. Zarrabian, Farshad (Plaintiff-Appellant).

In addition, Plaintiffs-Appellants make the following Corporate Disclosure Statement pursuant to Federal Rule of Appellate Procedure 26.1.

Atlas Air, Inc. is a wholly owned subsidiary of Atlas Air Worldwide Holdings, Inc. Atlas Air Worldwide Holdings, Inc. is a wholly owned subsidiary of Rand Parent, LLC. Rand Parent, LLC is a wholly owned subsidiary of Rand Midco, LLC. Rand Midco, LLC is a wholly owned subsidiary of Rand Intermediate Holdco, LLC. Rand Intermediate Holdco, LLC is a wholly owned subsidiary of Rand Intermediate, LLC. Rand Intermediate, LLC is a wholly owned subsidiary of Rand Topco, LLC.

Rand Topco, LLC is owned by Rand Management Holdco, LLC (100% incentive stock), JFL-Rand Partners, LLC (23.97% common stock), AP Rand Holdings, LLC (60.74% common stock), and Hill City Fund I, LLC (14.74% common stock). Rand Management Holdco, LLC, JFL-Rand Partners, LLC, Hill City Fund I, LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

AP Rand Holdings, LLC is owned by AP X (Rand Stock AIV), LLC (87.97% common stock) and AHVF II (Rand Stock AIV), LLC (12.03% common stock). AP X (Rand Stock AIV), LLC and AHVF II (Rand Stock AIV), LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

Dated: March 24, 2025

Respectfully Submitted,

/s/ Anthony F. Sabatini
**ANTHONY F. SABATINI, ESQ.**
**FL BAR No. 1018163**
**SABATINI LAW FIRM, P.A.**
**411 N Donnelly Street, Suite 313**
**Mount Dora, FL 32757**
**T: (352) 455-2928**
anthony@sabatinilegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's Appellate PACER system, which will send a Notice of Docket Activity to all counsel of record in this action.

<u>/s/ Anthony F. Sabatini</u>
**ANTHONY F. SABATINI, ESQ.**
**FL BAR No. 1018163**
**SABATINI LAW FIRM, P.A.**
**411 N Donnelly Street, Suite 313**
**Mount Dora, FL 32757**
**T: (352) 455-2928**
**anthony@sabatinilegal.com**