IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PATRICK AKERLUND, ET AL.,

    *Plaintiffs – Appellants,*

v.                           Case No. 24-11033

ATLAS AIR, INC., ET AL.,

    *Defendants – Appellees.*

## **UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW, Plaintiffs-Appellants by and through undersigned counsel, respectfully request a 30-day extension of time for Counsel to file their reply brief and states as follows:

1. Appellant's Reply Brief is currently due on June 2, 2025.

2. Undersigned counsel respectfully requests a 30-day extension, up to and including July 2, 2025 to file the Reply Brief.

3. This request is made due to an abundance of trials and recent turnover in staff, which has impacted counsel's capacity to complete the brief within the original time allotted.

4. The extension is necessary to allow adequate time to prepare a thorough reply to the arguments raised in the Answer Brief.

5. This request is made in good faith and not for the purpose of delay.

6. Francesca Stein, Esq. attorney for Defendant-Appellee Flight Services International, LLC, in this matter had no objection to an extension.

7. Alexander Maugeri, Esq. attorney for Defendant-Appellee Atlas Air, Inc., in this matter had no objection to an extension.

    **WHEREFORE**, Appellants respectfully request this Motion be granted.

Dated: June 2, 2025

**RESPECTFULLY SUBMITTED,**

**JOHN PIERCE LAW P.C.**

_____

John M. Pierce, Esq.
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (516) 474-4278
jpierce@johnpiercelaw.com
*Counsel for Appellants*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 02, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel and parties of record via electronic mail.

_____

John M. Pierce, Esq.

**No. 24-11033**

---

**IN THE UNITED STTAES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

ESTATE OF LANE CAVINESS, *et al.,*

*Plaintiffs-Appellants,*

v.

ATLAS AIR, INC., *et al.,*

*Defendants-Appellees.*

---

ON APPEAL from the United States District Court
for the Southern District of Florida,
Case No. 1:22-cv-23519-KMM-LFL (Hon. K. Michael Moore)

---

**PLAINTIFFS-APPELLANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

---

John Mark Pierce
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Phone: (662) 603-2750
*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a),

Plaintiffs-Appellants provides this Certificate of Interested Persons:

1. Abarca Torres, Ricardo (Plaintiff-Appellant).

2. AHVF II (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

3. Akerlund, Patrick (Plaintiff-Appellant).

4. Alzati, Michael (Plaintiff-Appellant).

5. Anderson, Eric W. (Plaintiff-Appellant).

6. AP Rand Holdings, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

7. AP X (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

8. Atlas Air, Inc. (Defendant-Appellee).

9. Atlas Air Worldwide Holdings, Inc. (parent of Defendant-Appellee Atlas Air, Inc.).

10. Ballard Jr., Michael G. (Plaintiff-Appellant).

11. Barrionuevo, Cindy (Plaintiff-Appellant).

12. Bearce Jr., Larry James (Plaintiff-Appellant).

13. Bellman, Robert (Plaintiff-Appellant).

14. Bendiburg, Benjamin (Plaintiff-Appellant).

15. Berry, Douglas (Plaintiff-Appellant).

16. Berry, Gregory (Plaintiff-Appellant).

17. Bohnert, Douglas (Plaintiff-Appellant).

18. Botha, Lynette (Plaintiff-Appellant).

19. Buehrer, Caleb (Plaintiff-Appellant).

20. Bullock, Richard (Plaintiff-Appellant).

21. Carlson, Jeffrey (Former Defendant).

22. Carroll, Jon (Plaintiff-Appellant).

23. Caskey, Vergil (Plaintiff-Appellant).

24. Castor, James (Plaintiff-Appellant).

25. Chapman, Brett L. (Plaintiff-Appellant).

26. Charboneau, Nathan (Plaintiff-Appellant).

27. Churchel, Shawn (Plaintiff-Appellant).

28. Cole, Scott, Kissane, P.A. (law firm of Counsel for Defendant-Appellee Flight Services International, LLC).

29. Colon, Joel (Plaintiff-Appellant).

30. Connor, Mark (Plaintiff-Appellant).

31. Cronauer, Matthew (Plaintiff-Appellant).

32. Cunningham, Fred (Plaintiff-Appellant).

33. Danza, Royal (Plaintiff-Appellant).

34. De Sousa, Elliot (Plaintiff-Appellant).

35. Desandro, Eric (Plaintiff-Appellant).

36. Dietrich, John W. (Former Defendant).

37. Dixon, Steve (Plaintiff-Appellant).

38. Dorsey & Whitney LLC (law firm of Counsel for former Defendant EncompassAir, LLC ).

39. EncompassAir, LLC (Former Defendant).

40. Erickson, James (Plaintiff-Appellant).

41. Esquivia, Luis (Plaintiff-Appellant).

42. Estate of Lane Caviness (Plaintiff-Appellant).

43. Estes, Lee (Plaintiff-Appellant).

44. Fleischer Louis, Lauren (Magistrate Judge, United States District Court for the Southern District of Florida).

45. Flight Services International, LLC (Defendant-Appellee).

46. Fratti, Robert (Plaintiff-Appellant).

47. Frisbie, Jason (Plaintiff-Appellant).

48. Frye, Timothy (Plaintiff-Appellant).

49. Fussle, Jonathan (Plaintiff-Appellant).

50. Gamboa, Tony (Plaintiff-Appellant).

51. Gebhard, Dennis (Plaintiff-Appellant).

52. Ghods, Reza (Plaintiff-Appellant).

53. Gilman, Mark (Plaintiff-Appellant).

54. Giudice, Robert (Plaintiff-Appellant).

55. Goodwin-Peters, Patricia (Former Defendant).

56. Gordon, Eric (Plaintiff-Appellant).

57. Gordon, Greg (Plaintiff-Appellant).

58. Green, Matthew Alexander (Counsel for Defendant-Appellee Flight Services International, LLC).

59. Greer, Daniel (Plaintiff-Appellant).

60. Grisham, Michael A. (Counsel for former Defendant EncompassAir, LLC).

61. Hartsell, Gabriel Matthew (Counsel for former Defendant EncompassAir, LLC).

62. Heivilin, Rexford T. (Plaintiff-Appellant).

63. Henning, Jason (Plaintiff-Appellant).

64. Hewson III, David (Plaintiff-Appellant).

65. Hill City Fund I, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

66. Hogan, Michelle (Counsel for Defendant-Appellee Atlas Air, Inc.).

67. Hontz, Todd (Plaintiff-Appellant).

68. Hudson, Daniel (Plaintiff-Appellant).

69. JFL-Rand Partners, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

70. John Pierce Law PC (law firm of Counsel for Plaintiffs-Appellants).

71. Jones Day (law firm of Counsel for Defendant-Appellee Atlas Air, Inc.).

72. Justice Roger (Plaintiff-Appellant).

73. Kassandji Venancius (Plaintiff-Appellant).

74. Kearins, John (Plaintiff-Appellant).

75. Keen, David (Plaintiff-Appellant).

76. Kinder, Ricky (Plaintiff-Appellant).

77. Kirby, Beth (Plaintiff-Appellant).

78. Koustas, Andreas N. (Plaintiff-Appellant).

79. Kravetz, Chad (Plaintiff-Appellant).

80. Lee, Daniel (Plaintiff-Appellant).

81. Linas, Jonathan M. (Counsel for Defendant-Appellee Atlas Air, Inc.).

82. Lindberg, Carl (Plaintiff-Appellant).

83. Loschiavo, Joseph (Plaintiff-Appellant).

84. Lutz, Andrew (Plaintiff-Appellant).

85. Lutz, Blythe (Plaintiff-Appellant).

86. Macario, Rafael (Plaintiff-Appellant).

87. Maugeri, Alexander V. (Counsel for Defendant-Appellee Atlas Air, Inc.).

88. Mayo Jr., Douglas P. (Plaintiff-Appellant).

89. McMillan, Montague (Plaintiff-Appellant).

90. McQuillen, April (Plaintiff-Appellant).

91. McQuillen, Christopher (Plaintiff-Appellant).

92. Meissner, Steven (Plaintiff-Appellant).

93. Michonski, Jeffrey (Plaintiff-Appellant).

94. Mickler, Andrew (Plaintiff-Appellant).

95. Moore, K. Michael (Judge, United States District Court for the Southern District of Florida).

96. Morris, Corey (Plaintiff-Appellant).

97. Muratore, Steven (Plaintiff-Appellant).

98. Myers, Gregory (Plaintiff-Appellant).

99. Napora, Peter (Plaintiff-Appellant).

100.  Pardo, Joel (Plaintiff-Appellant).

101.  Phillips, Lance (Plaintiff-Appellant).

102.  Phillips, Patrick (Plaintiff-Appellant).

103.  Pedrosa, Eliot (Counsel for Defendant-Appellee Atlas Air, Inc.).

104.  Pierce, John M. (Counsel for Plaintiffs-Appellants).

105.  Pittet, Siegfried (Plaintiff-Appellant).

106.  Pronk, Glen (Plaintiff-Appellant).

107.  Rand Intermediate, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

108. Rand Intermediate Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

109. Rand Management Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

110. Rand Midco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

111. Rand Parent, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

112. Rand Topco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

113. Randall, Charles (Plaintiff-Appellant).

114. Raymond, Peter (Plaintiff-Appellant).

115. Roberts, Joshua (Plaintiff-Appellant).

116. Robertson, Rebecca (Plaintiff-Appellant).

117. Rogers, Jason (Plaintiff-Appellant).

118. Sabatini, Anthony Frank (Counsel for Plaintiffs-Appellants).

119. Sabatini Law Firm P.A. (law firm of Counsel for Plaintiffs-Appellants).

120. Samson, Gregory (Plaintiff-Appellant).

121. Schreck, Kimberly (Plaintiff-Appellant).

122. Serritella, William (Plaintiff-Appellant).

123. Shelton, Gentry (Plaintiff-Appellant).

124. Snaza, Todd (Plaintiff-Appellant).

125. Sorrentino, Donald (Plaintiff-Appellant).

126. South, Mark (Plaintiff-Appellant).

127. Stark, Michael (Plaintiff-Appellant).

128. Staton, Austin (Plaintiff-Appellant).

129. Stoneking, Elizabeth (Plaintiff-Appellant).

130. Stowells, Forrest (Plaintiff-Appellant).

131.  Surber, Barbara Janeice (Plaintiff-Appellant).

132.  Swift, John (Plaintiff-Appellant).

133.  Taylor, Nick (Plaintiff-Appellant).

134.  Thien, Mark (Plaintiff-Appellant).

135.  Thompson, William (Plaintiff-Appellant).

136.  Thoroughman, Brandon (Plaintiff-Appellant).

137.  Tonda, Geri (Plaintiff-Appellant).

138.  Verdes, Gustavo (Plaintiff-Appellant).

139.  Villella, James (Plaintiff-Appellant).

140.  Zarrabian, Farshad (Plaintiff-Appellant).

In addition, Plaintiffs-Appellants make the following Corporate Disclosure Statement pursuant to Federal Rule of Appellate Procedure 26.1.

Atlas Air, Inc. is a wholly owned subsidiary of Atlas Air Worldwide Holdings, Inc. Atlas Air Worldwide Holdings, Inc. is a wholly owned subsidiary of Rand Parent, LLC. Rand Parent, LLC is a wholly owned subsidiary of Rand Midco, LLC. Rand Midco, LLC is a wholly owned subsidiary of Rand Intermediate Holdco, LLC. Rand Intermediate Holdco, LLC is a wholly owned subsidiary of Rand Intermediate, LLC. Rand Intermediate, LLC is a wholly owned subsidiary of Rand Topco, LLC.

Rand Topco, LLC is owned by Rand Management Holdco, LLC (100% incentive stock), JFL-Rand Partners, LLC (23.97% common stock), AP Rand Holdings, LLC (60.74% common stock), and Hill City Fund I, LLC (14.74% common stock). Rand Management Holdco, LLC, JFL-Rand Partners, LLC, Hill City Fund I, LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

AP Rand Holdings, LLC is owned by AP X (Rand Stock AIV), LLC (87.97% common stock) and AHVF II (Rand Stock AIV), LLC (12.03% common stock). AP X (Rand Stock AIV), LLC and AHVF II (Rand Stock AIV), LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

Dated: February 14, 2025                                    Respectfully Submitted,

<u>/s/ John M. Pierce</u>
John Mark Pierce
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Phone: (662) 603-2750
*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's Appellate PACER system, which will send a Notice of Docket Activity to all counsel of record in this action.

/s/ John M. Pierce
John Mark Pierce
*Attorney for Plaintiffs-Appellants*