IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PATRICK AKERLUND, ET AL.,

    *Plaintiffs – Appellants,*

v.                             Case No. 24-11033

ATLAS AIR, INC., ET AL.,

    *Defendants – Appellees.*

## <u>UNOPPOSED MOTION FOR CONTINUANCE</u>

COMES NOW, Plaintiffs-Appellants by and through undersigned counsel, respectfully request a 30-day extension of time for Counsel to file their reply brief and states as follows:

1. Appellant's Reply Brief is currently due on June 2, 2025.

2. Undersigned counsel respectfully requests a 30-day extension, up to and including July 2, 2025 to file the Reply Brief.

3. This request is made due to an abundance of trials and recent turnover in staff, which has impacted counsel's capacity to complete the brief within the original time allotted.

4. The extension is necessary to allow adequate time to prepare a thorough reply to the arguments raised in the Answer Brief.

5. This request is made in good faith and not for the purpose of delay.

6. Francesca Stein, Esq. attorney for Defendant-Appellee Flight Services International, LLC, in this matter had no objection to an extension.

7. Alexander Maugeri, Esq. attorney for Defendant-Appellee Atlas Air, Inc., in this matter had no objection to an extension.

**WHEREFORE**, Appellants respectfully request this Motion be granted.

Dated: June 5, 2025

**RESPECTFULLY SUBMITTED,**

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928

**JOHN PIERCE LAW P.C.**

_____
John M. Pierce, Esq.
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (516) 474-4278
jpierce@johnpiercelaw.com
*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 05, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel and parties of record via electronic mail.

_____

ANTHONY SABATINI ESQ.

John M. Pierce, Esq.