Case No. 24-11033

---

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

ESTATE OF LANE CAVINESS, et al.,

          Plaintiffs-Appellants,

v.

          ATLAS AIR, INC., et al.,

          Defendants-Appellees.

---

On Appeal from the United States District Court

for the Southern District of Florida

(District Court Case No. 1:22-cv-23519-KMM)

APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

Anthony F. Sabatini, Esq.

Florida Bar No. 1018163

Sabatini Law Firm P.A.

411 N Donnelly Street, Suite 313

Mount Dora, FL 32757

(352) 455-2928                    Counsel for Appellants

anthony@sabatinilegal.com       Filed: July 23, 2025

Appellants, by and through undersigned counsel, respectfully move this Court for leave to file their Reply Brief out of time, concurrently with this motion. In support thereof, Appellants state:

1. The Appellants' Reply Brief was due on June 2nd, 2025.

2. Appellants are filing their Reply Brief concurrently with this motion on July 23, 2025.

3. The brief was not filed by the original deadline due to being overwhelmed with trial preparation and workload. Additionally, the loss of personnel created extra responsibilities in other cases, requiring more time to conduct legal research and draft. Appellants' counsel has diligently worked to complete the brief as expeditiously as possible given these circumstances.

4. Appellants submit that the delay in filing is minimal and will not cause prejudice to the Appellees or disrupt the Court's calendar. The issues raised in the Reply Brief are responsive to the arguments presented in Appellees' brief.

5. For the foregoing reasons, Appellants respectfully request that this Court grant leave to file the attached Reply Brief out of time.

Dated: July 23, 2025

Respectfully submitted,

/s/ Anthony F. Sabatini

**Anthony F. Sabatini, Esq.**

Florida Bar No. 1018163

Sabatini Law Firm P.A.

411 N Donnelly Street, Suite 313 Mount Dora, FL 32757

(352) 455-2928

anthony@sabatinilegal.com

Counsel for Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, I electronically filed the foregoing Appellants' Unopposed Motion for Leave to File Reply Brief Out of Time with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Anthony F. Sabatini Anthony F. Sabatini