Case No. 24-11033

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

ESTATE OF LANE CAVINESS, et al.,

Plaintiffs-Appellants,

v.

ATLAS AIR, INC., et al.,

Defendants-Appellees.

On Appeal from the United States District Court

for the Southern District of Florida

(District Court Case No. 1:22-cv-23519-KMM)

**APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
BRIEF OUT OF TIME**

Anthony F. Sabatini, Esq.
Florida Bar No. 1018163
Sabatini Law Firm P.A.
411 N Donnelly Street, Suite 313
Mount Dora, FL 32757
(352) 455-2928                              Counsel for Appellants
anthony@sabatinilegal.com                   Filed: September 2, 2025

Appellants, by and through undersigned counsel, respectfully move this Court for leave to file their Reply Brief out of time, concurrently with this motion. In support thereof, Appellants state:

1. The Appellants' Reply Brief was due on June 2nd, 2025.

2. Appellants attempted to file the Reply Brief concurrently with an earlier version of this motion on July 23, 2025. (ECF 60 & 61)

3. However, no action was taken on the earlier version because Appellants had not yet completed the web-based CIP. (ECF 62)

4. On July 27, 2025, counsel for Appellants completed the web-based CIP.

5. On July 31, 2025, the Court issued a deficiency notice regarding paper copies of Appellants' Brief. (ECF 64). However, Appellants already delivered paper copies of their Opening Brief on April 7, 2025. (ECF 43)

6. On August 4, 2025, counsel for Appellants called the Clerk's Office. The office confirmed that the web-based CIP had now been completed, and that paper copies of Appellants' Opening Brief had been received. The office indicated that Appellants should refile the Reply Brief with a new Motion for Leave to File Out of Time, and that the July 31, 2025 deficiency notice can be disregarded.

7. The Reply Brief was not filed by the original deadline due to counsel being overwhelmed with trial preparation and workload. Additionally, the loss of

personnel in the wake of dozens of January 6th defendants being pardoned created extra responsibilities in other cases, requiring more time to conduct legal research and draft. In the past few weeks, Appellant's counsel has had to deal with multiple emergency proceedings in both federal and state court across the country, including without limitation grand jury immunity issues and bond revocation proceedings. Appellants' counsel has diligently worked to complete the brief as expeditiously as possible given these circumstances.

8. Appellants submit that the delay in filing is minimal and will not cause prejudice to the Appellees or disrupt the Court's calendar. The issues raised in the Reply Brief are responsive to the arguments presented in Appellees' brief.

9. For the foregoing reasons, Appellants respectfully request that this Court grant leave to file the attached Reply Brief out of time. Assuming this Motion is granted, Appellants will send paper copies of the brief immediately.

Dated: September 2, 2025


Respectfully submitted,


*/s/ Anthony F. Sabatini*


**Anthony F. Sabatini, Esq.**
Florida Bar No. 1018163
Sabatini Law Firm P.A.
411 N Donnelly Street, Suite 313
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2025, I electronically filed the foregoing Appellants' Unopposed Motion for Leave to File Reply Brief Out of Time with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony F. Sabatini*

Anthony F. Sabatini

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT (CIP)

Estate of Lane Caviness, et al    *vs.* Atlas Air, Inc., et al    Appeal No. 24-11033

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Scott Allan Cole

Jonathan M. Linas

Alexander Virgil Maugeri

Eliot Pedrosa

Anthony Frank Sabatini

Francesca M. Stein

Brett Wierenga

Submitted by:

Signature: /s/ Anthony F. Sabatini

Name: Anthony F. Sabatini                     Prisoner # (if applicable): _____

Address: 1601 E. 1st Avenue. Mount Dora, FL 32757

Telephone #: 352-455-2928

Rev.: 2/23