# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| Estate of Lane Caviness, *et al.*, | ) | |
| *Plaintiffs-Appellants*, | ) | |
| | ) | |
| v. | ) | No. 24-11033 |
| | ) | |
| Atlas Air, Inc., *et al.*, | ) | |
| *Defendants-Appellees*, | ) | |

# OPPOSITION OF ATLAS AIR, INC. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, .1-2, and .1-3, Defendant-Appellant Atlas Air, Inc. (Atlas) provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Abarca Torres, Ricardo (Plaintiff-Appellant).

2. AHVF II (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

3. Akerlund, Patrick (Plaintiff-Appellant).

4. Alzati, Michael (Plaintiff-Appellant).

5. Anderson, Eric W. (Plaintiff-Appellant).

6. AP Rand Holdings, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

7. AP X (Rand Stock AIV), LLC (parent of Defendant-Appellee Atlas Air, Inc.).

8. Atlas Air, Inc. (Defendant-Appellee).

9. Atlas Air Worldwide Holdings, Inc. (parent of Defendant-Appellee Atlas Air, Inc.).

C-1

10. Ballard Jr., Michael G. (Plaintiff-Appellant).

11. Barrionuevo, Cindy (Plaintiff-Appellant).

12. Bearce Jr., Larry James (Plaintiff-Appellant).

13. Bellman, Robert (Plaintiff-Appellant).

14. Bendiburg, Benjamin (Plaintiff-Appellant).

15. Berry, Douglas (Plaintiff-Appellant).

16. Berry, Gregory (Plaintiff-Appellant).

17. Bohnert, Douglas (Plaintiff-Appellant).

18. Botha, Lynette (Plaintiff-Appellant).

19. Buehrer, Caleb (Plaintiff-Appellant).

20. Bullock, Richard (Plaintiff-Appellant).

21. Carlson, Jeffrey (Former Defendant).

22. Carroll, Jon (Plaintiff-Appellant).

23. Caskey, Vergil (Plaintiff-Appellant).

24. Castor, James (Plaintiff-Appellant).

25. Chapman, Brett L. (Plaintiff-Appellant).

26. Charboneau, Nathan (Plaintiff-Appellant).

27. Churchel, Shawn (Plaintiff-Appellant).

28. Cole, Scott, Kissane, P.A. (law firm of Counsel for Defendant-Appellee Flight Services International, LLC).

29. Cole, Scott A. (Counsel for Defendant-Appellee Flight Services International, LLC).

30. Colon, Joel (Plaintiff-Appellant).

31. Connor, Mark (Plaintiff-Appellant).

32. Cronauer, Matthew (Plaintiff-Appellant).

33. Cunningham, Fred (Plaintiff-Appellant).

34. Danza, Royal (Plaintiff-Appellant).

35. De Sousa, Elliot (Plaintiff-Appellant).

36. Desandro, Eric (Plaintiff-Appellant).

37. Dietrich, John W. (Former Defendant).

38. Dixon, Steve (Plaintiff-Appellant).

39. Dorsey & Whitney LLC (law firm of Counsel for former Defendant EncompassAir, LLC ).

40. EncompassAir, LLC (Former Defendant).

41. Erickson, James (Plaintiff-Appellant).

42. Esquivia, Luis (Plaintiff-Appellant).

43. Estate of Lane Caviness (Plaintiff-Appellant).

44.    Estes, Lee (Plaintiff-Appellant).

45.    Fleischer Louis, Lauren (Magistrate Judge, United States District Court for the Southern District of Florida).

46.    Flight Services International, LLC (Defendant-Appellee).

47.    Fratti, Robert  (Plaintiff-Appellant).

48.    Frisbie, Jason (Plaintiff-Appellant).

49.    Frye, Timothy (Plaintiff-Appellant).

50.    Fussle, Jonathan (Plaintiff-Appellant).

51.    Gamboa, Tony (Plaintiff-Appellant).

52.    Gebhard, Dennis (Plaintiff-Appellant).

53.    Ghods, Reza (Plaintiff-Appellant).

54.    Gilman, Mark (Plaintiff-Appellant).

55.    Giudice, Robert (Plaintiff-Appellant).

56.    Goodwin-Peters, Patricia (Former Defendant).

57.    Gordon, Eric (Plaintiff-Appellant).

58.    Gordon, Greg (Plaintiff-Appellant).

59.    Green, Matthew Alexander (Counsel for Defendant-Appellee Flight Services International, LLC).

60.    Greer, Daniel (Plaintiff-Appellant).

61. Grisham, Michael A. (Counsel for former Defendant EncompassAir, LLC).

62. Hartsell, Gabriel Matthew (Counsel for former Defendant EncompassAir, LLC).

63. Heivilin, Rexford T. (Plaintiff-Appellant).

64. Henning, Jason (Plaintiff-Appellant).

65. Hewson III, David (Plaintiff-Appellant).

66. Hill City Fund I, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

67. Hogan, Michelle (Counsel for Defendant-Appellee Atlas Air, Inc.).

68. Hontz, Todd (Plaintiff-Appellant).

69. Hudson, Daniel (Plaintiff-Appellant).

70. JFL-Rand Partners, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

71. John Pierce Law PC (law firm of Counsel for Plaintiffs-Appellants).

72. Jones Day (law firm of Counsel for Defendant-Appellee Atlas Air, Inc.).

73. Justice Roger (Plaintiff-Appellant).

74. Kassandji Venancius (Plaintiff-Appellant).

75. Kearins, John (Plaintiff-Appellant).

76. Keen, David (Plaintiff-Appellant).

77. Kinder, Ricky (Plaintiff-Appellant).

78. Kirby, Beth (Plaintiff-Appellant).

79. Koustas, Andreas N. (Plaintiff-Appellant).

80. Kravetz, Chad (Plaintiff-Appellant).

81. Lee, Daniel (Plaintiff-Appellant).

82. Linas, Jonathan M. (Counsel for Defendant-Appellee Atlas Air, Inc.).

83. Lindberg, Carl (Plaintiff-Appellant).

84. Loschiavo, Joseph (Plaintiff-Appellant).

85. Lutz, Andrew (Plaintiff-Appellant).

86. Lutz, Blythe (Plaintiff-Appellant).

87. Macario, Rafael (Plaintiff-Appellant).

88. Maugeri, Alexander V. (Counsel for Defendant-Appellee Atlas Air, Inc.).

89. Mayo Jr., Douglas P. (Plaintiff-Appellant).

90. McMillan, Montague (Plaintiff-Appellant).

C-6

91.   McQuillen, April (Plaintiff-Appellant).

92.   McQuillen, Christopher (Plaintiff-Appellant).

93.   Meissner, Steven (Plaintiff-Appellant).

94.   Michonski, Jeffrey (Plaintiff-Appellant).

95.   Mickler, Andrew (Plaintiff-Appellant).

96.   Moore, K. Michael (Judge, United States District Court for the

      Southern District of Florida).

97.   Morris, Corey (Plaintiff-Appellant).

98.   Muratore, Steven (Plaintiff-Appellant).

99.   Myers, Gregory (Plaintiff-Appellant).

100.  Napora, Peter (Plaintiff-Appellant).

101.  Pardo, Joel (Plaintiff-Appellant).

102.  Phillips, Lance (Plaintiff-Appellant).

103.  Phillips, Patrick (Plaintiff-Appellant).

104.  Pedrosa, Eliot (Counsel for Defendant-Appellee Atlas Air, Inc.).

105.  Pierce, John M. (Counsel for Plaintiffs-Appellants).

106.  Pittet, Siegfried (Plaintiff-Appellant).

107.  Pronk, Glen (Plaintiff-Appellant).

108. Rand Intermediate, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

109. Rand Intermediate Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

110. Rand Management Holdco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

111. Rand Midco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

112. Rand Parent, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

113. Rand Topco, LLC (parent of Defendant-Appellee Atlas Air, Inc.).

114. Randall, Charles (Plaintiff-Appellant).

115. Raymond, Peter (Plaintiff-Appellant).

116. Roberts, Joshua (Plaintiff-Appellant).

117. Robertson, Rebecca (Plaintiff-Appellant).

118. Rogers, Jason (Plaintiff-Appellant).

119. Sabatini, Anthony Frank (Counsel for Plaintiffs-Appellants).

120. Sabatini Law Firm P.A. (law firm of Counsel for Plaintiffs-Appellants).

121. Samson, Gregory (Plaintiff-Appellant).

122. Schreck, Kimberly (Plaintiff-Appellant).

123.  Serritella, William (Plaintiff-Appellant).

124.  Shelton, Gentry (Plaintiff-Appellant).

125.  Snaza, Todd (Plaintiff-Appellant).

126.  Sorrentino, Donald (Plaintiff-Appellant).

127.  South, Mark (Plaintiff-Appellant).

128.  Stark, Michael (Plaintiff-Appellant).

129.  Staton, Austin (Plaintiff-Appellant).

130.  Stein, Francesco M. (Counsel for Defendant-Appellee Flight

    Services International, LLC).

131.  Stoneking, Elizabeth (Plaintiff-Appellant).

132.  Stowells, Forrest (Plaintiff-Appellant).

133.  Surber, Barbara Janeice (Plaintiff-Appellant).

134.  Swift, John (Plaintiff-Appellant).

135.  Taylor, Nick (Plaintiff-Appellant).

136.  Thien, Mark (Plaintiff-Appellant).

137.  Thompson, William (Plaintiff-Appellant).

138.  Thoroughman, Brandon (Plaintiff-Appellant).

139.  Tonda, Geri (Plaintiff-Appellant).

140.  Verdes, Gustavo (Plaintiff-Appellant).

141.    Villella, James (Plaintiff-Appellant).

142.    Vine, S. Jonathan (Counsel for Defendant Appellee Flight Services International, Inc.).

143.    Wierenga, Brett (Counsel for Defendant-Appellee Atlas Air, Inc.)

144.    Zarrabian, Farshad (Plaintiff-Appellant).

In addition, Defendant-Appellee Atlas Air, Inc. makes the following Corporate Disclosure Statement pursuant to Federal Rule of Appellate Procedure 26.1.

Atlas Air, Inc. is a wholly owned subsidiary of Atlas Air Worldwide Holdings, Inc. Atlas Air Worldwide Holdings, Inc. is a wholly owned subsidiary of Rand Parent, LLC. Rand Parent, LLC is a wholly owned subsidiary of Rand Midco, LLC. Rand Midco, LLC is a wholly owned subsidiary of Rand Intermediate Holdco, LLC. Rand Intermediate Holdco, LLC is a wholly owned subsidiary of Rand Intermediate, LLC. Rand Intermediate, LLC is a wholly owned subsidiary of Rand Topco, LLC.

Rand Topco, LLC is owned by Rand Management Holdco, LLC (100% incentive stock), JFL-Rand Partners, LLC (24.04% common stock), AP Rand Holdings, LLC (60.9% common stock), and Hill City Fund I, LLC (14.79% common stock). Management ownership makes up 0.27% of the

Rand Topco, LLC common stock. Rand Management Holdco, LLC, JFL-Rand Partners, LLC, Hill City Fund I, LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

AP Rand Holdings, LLC is owned by AP X (Rand Stock AIV), LLC (87.97% common stock) and AHVF II (Rand Stock AIV), LLC (12.03% common stock). AP X (Rand Stock AIV), LLC and AHVF II (Rand Stock AIV), LLC have no parent corporations and no publicly held corporation owns 10% or more of their stock.

**RESPONSE IN OPPOSITION**

Under Federal Rule of Appellate Procedure 27(a)(3), Defendant-Appellee Atlas Air, Inc. ("Atlas") opposes Plaintiffs' request for leave to file the proposed reply brief attached to their motion. *See* ECF 67-1, 67-2. Although the title of the motion states that it is "unopposed," counsel for Plaintiffs did not consult counsel for Atlas before filing the motion. Atlas's consent to Plaintiffs' original motion—filed on June 3, 2025, three months ago—seeking a 30-day extension of time to file their reply brief did not constitute consent for Plaintiffs' latest motion. Plaintiffs took this appeal over a year ago, in April 2024, and since then have missed deadlines, had their appeal dismissed and reinstated, and repeatedly have sought extensions, to which Atlas has consented.

Atlas opposes leave at this time due to the lengthy delay in the prosecution of Plaintiffs' appeal and because Plaintiffs' proposed reply brief does not sufficiently or accurately address the issue of apparently fictitious precedents in Plaintiffs' briefing. Atlas submits this opposition to alert the Court to this circumstance and to help facilitate the Court's consideration of only authentic caselaw. As Atlas explained in its response

brief (ECF 46 at 2, 13, 29, 31, 47) Atlas was unable to locate the following

eight cases cited by Plaintiffs:

- *Doe v. Roe*, 638 So. 2d 87, 88 (Fla. 4th DCA 1994)
- *Spilfogel v. Fox Broadcasting Co.*, 792 So. 2d 1254 (Fla. 4th DCA 2001)
- *Doe v. University of Miami*, 2020 WL 7647634 (S.D. Fla. Dec. 23, 2020)
- *Jewell v. New York Life Insurance Co.*, 2018 WL 1792348 (M.D. Fla. Apr. 16, 2018)
- *Lofton v. Kravitz*, 672 So. 2d 591 (Fla. 4th DCA 1996)
- *Tillery v. ATSI, Inc.*, 2005 WL 81628 (11th Cir. Jan. 14, 2005)
- *Koutsouradis v. Delta Air Lines, Inc.*, 427 So. 2d 1105 (Fla. 3d DCA 1983)
- *Weinstein v. City of North Bay Village*, 977 So. 2d 703 (Fla. 3d DCA 2008)

ECF 46 at 13.  In their proposed reply brief, Plaintiffs "acknowledge that

certain citations in their Initial Brief were erroneous or unverifiable."

ECF 67-2 at 7.  Plaintiffs then "formally withdraw reliance on the following

erroneous or unverifiable citations listed in the Initial Brief":

- *Koutsouradis v. Delta Air Lines, Inc.*, 427 So. 2d 1105 (Fla. 5th DCA 1983)
- *Truong v. Waste Pro USA, Inc.*, 175 So. 3d 929 (Fla. 4th DCA 2015)
- *Marvin v. Dade County School Board*, 2020 WL 603633 (S.D. Fla. Feb. 7, 2020)
- *Morrison v. Palm Beach County School Board*, 2018 WL 6727067 (S.D. Fla. Dec. 21, 2018)
- *Scott v. Eglin Federal Credit Union*, 2022 WL 1558341 (N.D. Fla. May 17, 2022)
- *Hansen v. Florida*, 2022 WL 2980744 (M.D. Fla. July 28, 2022)
- *Palmer v. McDonald's Corp.*, 2022 WL 413680 (S.D. Fla. Feb. 10, 2022)
- *Negron v. School Board of Miami-Dade County*, 2021 WL 4948181 (S.D. Fla. Oct. 22, 2021)

2

ECF 67-2 at 16–17.  The problem with this list of withdrawn citations is that only one of these citations — *Koutsouradis* (albeit from a different judicial district) — appears in Plaintiffs' opening brief.  The remaining seven citations do indeed appear to be fictitious cases, but they are *not* the apparently fictitious cases that appeared in Plaintiffs' opening brief.  In other words, Plaintiffs have withdrawn seven apparently fictitious cases they never relied on and have failed to withdraw seven apparently fictitious cases they did rely on.

Moreover, Plaintiffs' proposed reply is riddled with other instances of misciting or mischaracterizing actual authority.  Plaintiffs continue to state that this Court's decision in *Snow v. DirectTV, Inc.*, 450 F.3d 1314, 1318 (11th Cir. 2006), stands for the proposition that jurisdictional discovery is "required" when a plaintiff presents evidence of contacts with the forum. ECF 67-2 at 10.  As Atlas already pointed out in its response, *Snow* did not hold that the plaintiff was entitled to discovery and in fact affirmed dismissal for lack of jurisdiction.  ECF 46 at 25 n.6.  Plaintiffs claim that this Court's decision in *Republic of Panama v. BCCI Holdings (Luxembourg) S.A.*, 119 F.3d 935, 947 (11th Cir. 1997), stands for the proposition that a district

3

court abuses its discretion when it denies jurisdictional discovery to a plaintiff who "makes a colorable showing of jurisdiction." ECF 67-2 at 10. But *Republic of Panama* says nothing whatsoever about jurisdictional discovery. Plaintiffs also cite four cases for the proposition that "whether conduct is 'outrageous' is generally a jury question." ECF 67-2 at 14. But none of the four stands for that proposition. To the contrary, two of the decisions expressly examine whether the conduct at issue was outrageous "as a matter of law." *Nims v. Harrison*, 768 So. 2d 1198, 1201 (Fla. Dist. Ct. App. 2000); *Metro. Life Ins. Co. v. McCarson*, 467 So. 2d 277, 279 (Fla. 1985).

Because Plaintiffs' proposed reply fails to correctly acknowledge or address the issue with apparently fictitious cases in their opening brief, is untimely, and contains other inexplicable characterizations of authority, Atlas opposes leave to file the proposed reply brief.

## CONCLUSION

Respectfully, the Court should deny leave to file the proposed reply brief.

4

Date: September 8, 2025

Respectfully submitted,


/s/ Alexander V. Maugeri

Jonathan Linas
JONES DAY
110 N. Wacker Dr., Ste. 4800
Chicago, IL 60606
(312) 782-3939
jlinas@jonesday.com

Alexander V. Maugeri
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3880
amaugeri@jonesday.com

Brett Wierenga
JONES DAY
51 Louisiana Ave NW
Washington, D.C.
(202) 879-3939
bwierenga@jonesday.com

Eliot Pedrosa
JONES DAY
600 Brickell Ave, Ste. 3300
Miami, FL 33131
(305) 714-9700
epedrosa@jonesday.com

*Counsel for Defendant-Appellee Atlas Air, Inc.*

5

## CERTIFICATE OF COMPLIANCE

Under Fed. R. App. P. 32(c)(1) and 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 834 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Book Antiqua 14-point font using Microsoft Word.

/s/  *Alexander V. Maugeri*
Alexander V. Maugeri

*Counsel for Defendant-Appellee*
*Atlas Air, Inc.*

6

## CERTIFICATE OF SERVICE

I certify that, on September 8, 2025, I filed the forgoing response using this Court's Appellate CM/ECF system, which effected service on all parties.

*/s/ Alexander V. Maugeri*
Alexander V. Maugeri

*Counsel for Defendant-Appellee*
*Atlas Air, Inc.*