IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 24-11033

ESTATE OF LANE CAVINESS, et al.,

     Appellants,

v.

ATLAS AIR, INC., et al.,

     Appellees.

_____/

### APPELLEE, FLIGHT SERVICES INTERNATIONAL, LLC'S NOTICE OF JOINDER AND ADOPTION OF OPPOSITION OF ATLAS AIR, INC. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Appellee, FLIGHT SERVICES INTERNATIONAL, LLC (hereinafter "Flight Services"), by and through its undersigned counsel, and pursuant to the Federal Rules of Appellate Procedure, hereby files this Notice of Joinder and Adoption of Opposition of Atlas Air, Inc. to Plaintiffs' Motion for Leave to File Reply Brief.

### I. CERTIFICATE OF INTERESTED PERSONS

1.     Abarca Torres, Ricardo (Plaintiff-Appellant).

2.     AHVF II (Rand Stock AIV), LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

3.     Akerlund, Patrick (Plaintiff-Appellant).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

4.    Alzati, Michael (Plaintiff-Appellant).

5.    Anderson, Eric W. (Plaintiff-Appellant).

6.    AP Rand Holdings, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

7.    AP X (Rand Stock AIV), LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

8.    Atlas Air Worldwide Holdings, Inc. (parent of Defendant-Appellee, Atlas Air, Inc.).

9.    Atlas Air, Inc. (Defendant-Appellee).

10.    Ballard Jr., Michael G. (Plaintiff-Appellant).

11.    Barrionuevo, Cindy (Plaintiff-Appellant).

12.    Bearce Jr., Larry James (Plaintiff-Appellant).

13.    Bellman, Robert (Plaintiff-Appellant).

14.    Bendiburg, Benjamin (Plaintiff-Appellant).

15.    Berry, Douglas (Plaintiff-Appellant).

16.    Berry, Gregory (Plaintiff-Appellant).

17.    Bohnert, Douglas (Plaintiff-Appellant).

18.    Botha, Lynette (Plaintiff-Appellant).

19.    Buehrer, Caleb (Plaintiff-Appellant).

20.    Bullock, Richard (Plaintiff-Appellant).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

21.    Carlson, Jeffrey (Former Defendant).

22.    Carroll, Jon (Plaintiff-Appellant).

23.    Caskey, Vergil (Plaintiff-Appellant).

24.    Castor, James (Plaintiff-Appellant).

25.    Chapman, Brett L. (Plaintiff-Appellant).

26.    Charboneau, Nathan (Plaintiff-Appellant).

27.    Churchel, Shawn (Plaintiff-Appellant).

28.    Cole, Scott & Kissane, P.A. (Counsel for Defendant-Appellee, Flight Services International, LLC).

29.    Cole, Scott A. (Appellate Counsel for Defendant-Appellee, Flight Services International, LLC).

30.    Colon, Joel (Plaintiff-Appellant).

31.    Connor, Mark (Plaintiff-Appellant).

32.    Cronauer, Matthew (Plaintiff-Appellant).

33.    Cunningham, Fred (Plaintiff-Appellant).

34.    Danza, Royal (Plaintiff-Appellant).

35.    De Sousa, Elliot (Plaintiff-Appellant).

36.    Desandro, Eric (Plaintiff-Appellant).

37.    Dietrich, John W. (Former Defendant).

38.    Dixon, Steve (Plaintiff-Appellant).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

39.    Dorsey & Whitney LLC (law firm of Counsel for former Defendant, EncompassAir, LLC ).

40.    EncompassAir, LLC (Former Defendant).

41.    Erickson, James (Plaintiff-Appellant).

42.    Esquivia, Luis (Plaintiff-Appellant).

43.    Estate of Lane Caviness (Plaintiff-Appellant).

44.    Estes, Lee (Plaintiff-Appellant).

45.    Fleischer Louis, Lauren (Magistrate Judge, United States District Court for the Southern District of Florida).

46.    Flight Services International, LLC (Defendant-Appellee).

47.    Fratti, Robert (Plaintiff-Appellant).

48.    Frisbie, Jason (Plaintiff-Appellant).

49.    Frye, Timothy (Plaintiff-Appellant).

50.    Fussle, Jonathan (Plaintiff-Appellant).

51.    Gamboa, Tony (Plaintiff-Appellant).

52.    Gebhard, Dennis (Plaintiff-Appellant).

53.    Ghods, Reza (Plaintiff-Appellant).

54.    Gilman, Mark (Plaintiff-Appellant).

55.    Giudice, Robert (Plaintiff-Appellant).

56.    Goodwin-Peters, Patricia (Former Defendant).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

57.   Gordon, Eric (Plaintiff-Appellant).

58.   Gordon, Greg (Plaintiff-Appellant).

59.   Green, Matthew A. (Trial Counsel for Defendant-Appellee, Flight Services International, LLC).

60.   Greer, Daniel (Plaintiff-Appellant).

61.   Grisham, Michael A. (Counsel for former Defendant, EncompassAir, LLC).

62.   Hartsell, Gabriel Matthew (Counsel for former Defendant, EncompassAir, LLC).

63.   Heivilin, Rexford T. (Plaintiff-Appellant).

64.   Henning, Jason (Plaintiff-Appellant).

65.   Hewson III, David (Plaintiff-Appellant).

66.   Hill City Fund I, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

67.   Hogan, Michelle (Counsel for Defendant-Appellee, Atlas Air, Inc.).

68.   Hontz, Todd (Plaintiff-Appellant).

69.   Hudson, Daniel (Plaintiff-Appellant).

70.   JFL-Rand Partners, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

71.   John Pierce Law PC (law firm of Counsel for Plaintiffs-Appellants).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

72.  Jones Day (law firm of Counsel for Defendant-Appellee, Atlas Air, Inc.).

73.  Justice, Roger (Plaintiff-Appellant).

74.  Kassandji, Venancius (Plaintiff-Appellant).

75.  Kearins, John (Plaintiff-Appellant).

76.  Keen, David (Plaintiff-Appellant).

77.  Kinder, Ricky (Plaintiff-Appellant).

78.  Kirby, Beth (Plaintiff-Appellant).

79.  Koustas, Andreas N. (Plaintiff-Appellant).

80.  Kravetz, Chad (Plaintiff-Appellant).

81.  Lee, Daniel (Plaintiff-Appellant).

82.  Linas, Jonathan M. (Counsel for Defendant-Appellee, Atlas Air, Inc.).

83.  Lindberg, Carl (Plaintiff-Appellant).

84.  Loschiavo, Joseph (Plaintiff-Appellant).

85.  Lutz, Andrew (Plaintiff-Appellant).

86.  Lutz, Blythe (Plaintiff-Appellant).

87.  Macario, Rafael (Plaintiff-Appellant).

88.  Maugeri, Alexander V. (Counsel for Defendant-Appellee, Atlas Air, Inc.).

89.  Mayo Jr., Douglas P. (Plaintiff-Appellant).

COLE, SCOTT & KISSANE, P.A.

90.     McMillan, Montague (Plaintiff-Appellant).

91.     McQuillen, April (Plaintiff-Appellant).

92.     McQuillen, Christopher (Plaintiff-Appellant).

93.     Meissner, Steven (Plaintiff-Appellant).

94.     Michonski, Jeffrey (Plaintiff-Appellant).

95.     Mickler, Andrew (Plaintiff-Appellant).

96.     Moore, K. Michael (Judge, United States District Court for the Southern District of Florida).

97.     Morris, Corey (Plaintiff-Appellant).

98.     Muratore, Steven (Plaintiff-Appellant).

99.     Myers, Gregory (Plaintiff-Appellant).

100.    Napora, Peter (Plaintiff-Appellant).

101.    Pardo, Joel (Plaintiff-Appellant).

102.    Pedrosa, Eliot (Counsel for Defendant-Appellee, Atlas Air, Inc.).

103.    Phillips, Lance (Plaintiff-Appellant).

104.    Phillips, Patrick (Plaintiff-Appellant).

105.    Pierce, John M. (Counsel for Plaintiffs-Appellants).

106.    Pittet, Siegfried (Plaintiff-Appellant).

107.    Pronk, Glen (Plaintiff-Appellant).

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

108. Rand Intermediate Holdco, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

109. Rand Intermediate, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

110. Rand Management Holdco, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

111. Rand Midco, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

112. Rand Parent, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

113. Rand Topco, LLC (parent of Defendant-Appellee, Atlas Air, Inc.).

114. Randall, Charles (Plaintiff-Appellant).

115. Raymond, Peter (Plaintiff-Appellant).

116. Roberts, Joshua (Plaintiff-Appellant).

117. Robertson, Rebecca (Plaintiff-Appellant).

118. Rogers, Jason (Plaintiff-Appellant).

119. Sabatini Law Firm P.A. (law firm of Counsel for Plaintiffs-Appellants).

120. Sabatini, Anthony Frank (Counsel for Plaintiffs-Appellants).

121. Samson, Gregory (Plaintiff-Appellant).

122. Schreck, Kimberly (Plaintiff-Appellant).

123. Serritella, William (Plaintiff-Appellant).

124. Shelton, Gentry (Plaintiff-Appellant).

**COLE, SCOTT & KISSANE, P.A.**

125.  Snaza, Todd (Plaintiff-Appellant).

126.  Sorrentino, Donald (Plaintiff-Appellant).

127.  South, Mark (Plaintiff-Appellant).

128.  Stark, Michael (Plaintiff-Appellant).

129.  Staton, Austin (Plaintiff-Appellant).

130.  Stein, Francesca M. (Appellate Counsel for Defendant-Appellee, Flight Services International, LLC).

131.  Stoneking, Elizabeth (Plaintiff-Appellant).

132.  Stowells, Forrest (Plaintiff-Appellant).

133.  Surber, Barbara Janeice (Plaintiff-Appellant).

134.  Swift, John (Plaintiff-Appellant).

135.  Taylor, Nick (Plaintiff-Appellant).

136.  Thien, Mark (Plaintiff-Appellant).

137.  Thompson, William (Plaintiff-Appellant).

138.  Thoroughman, Brandon (Plaintiff-Appellant).

139.  Tonda, Geri (Plaintiff-Appellant).

140.  Verdes, Gustavo (Plaintiff-Appellant).

141.  Villella, James (Plaintiff-Appellant).

142.  Vine, S. Jonathan (Trial Counsel for Defendant-Appellee, Flight Services International, LLC).

**COLE, SCOTT & KISSANE, P.A.**

143. Zarrabian, Farshad (Plaintiff-Appellant).

## II. CORPORATE DISCLOSURE STATEMENT

1. Appellee, Flight Services International, LLC, is a Texas limited liability company, which is not publicly traded.

2. Appellee, Flight Services International, LLC, reserves the right to amend this Certificate of Interested Persons and Corporate Disclosure Statement.

## III. NOTICE OF JOINDER AND ADOPTION OF OPPOSITION OF ATLAS AIR, INC. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF

1. Appellee, Flight Services hereby adopts Atlas Air Inc,'s Response in Opposition to Plaintiffs/Appellants Motion for Leave to File Reply Brief, as if fully set forth herein.

2. Appellee, Flight Services respectfully requests that this Honorable Court deny Plaintiffs/Appellants leave to file the Reply Brief out of time.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building – Suite 1400
9150 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (786) 268-6890
Facsimile: (305) 373-2294
E-mail: scott.cole@csklegal.com
E-mail: francesca.stein@csklegal.com
E-mail: charo.fagundez@csklegal.com
E-mail: emily.fernandez@csklegal.com

COLE, SCOTT & KISSANE, P.A.

Case No.: 24-11033

By: */s/ Francesca M. Stein*
    SCOTT A. COLE
    FBN:  885630
    FRANCESCA M. STEIN
    FBN: 1039150
    *Counsel for Appellee, Flight Services*
    *International, LLC*

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on this 8th day of September, 2025, we electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit, by using the CM/ECF system, which will serve a copy of the foregoing on all counsel listed on the attached Service List.

By: */s/ Francesca M. Stein*
    SCOTT A. COLE
    FBN:  885630
    FRANCESCA M. STEIN
    FBN: 1039150
    *Counsel for Appellee, Flight Services*
    *International, LLC*

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS</u>

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, this document contains 48 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because, this

**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

document has been prepared in a proportionally spaced typeface using Microsoft

Word 365 in Times New Roman, 14-point font.

By: /s/ Francesca M. Stein
SCOTT A. COLE
FBN: 885630
FRANCESCA M. STEIN
FBN: 1039150
*Counsel for Appellee, Flight Services International, LLC*

- 12 -
**COLE, SCOTT & KISSANE, P.A.**

Case No.: 24-11033

## SERVICE LIST

Anthony Sabatini, Esq.
Sabatini Law Firm P.A.
411 N. Donnelly Street, Suite 313
Mount Dora, FL 34737
anthony@sabatinilegal.com
*Counsel for Plaintiffs-Appellants*

John M. Pierce, Esq.
John Pierce Law PC
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91637
jpierce@johnpiercelaw.com
*Counsel for Plaintiffs-Appellants*

Alexander V. Maugeri, Esq.
Jones Day
250 Vesey Street
New York, NY 10281
amaugeri@jonesday.com
*Counsel for Defendant-Appellee, Atlas Air, Inc.*

Jonathan M. Linas, Esq.
Jones Day
110 N. Wacker Drive
Suite 4800
Chicago, IL 60606
jlinas@jonesday.com
*Counsel for Defendant-Appellee, Atlas Air, Inc.*

Eliot Pedrosa, Esq.
Jones Day
600 Brickell Avenue
Miami, FL 33133
epedrosa@jonesday.com
*Counsel for Defendant-Appellee, Atlas Air, Inc.*

**COLE, SCOTT & KISSANE, P.A.**