# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11033
_____

ESTATE OF LANE CAVINESS,
　Landon Caviness and Morgan Caviness,
PATRICK AKERLUND,
MICHAEL ALZATI,
ERIC W. ANDERSON,
MICHAEL G. BALLARD, JR., et al.,

*Plaintiffs-Appellants,*

*versus*

ATLAS AIR, INC.,
FLIGHT SERVICES INTERNATIONAL, LLC,

*Defendants-Appellees,*

ENCOMPASS AIR, LLC, et al.,
　an Alaska limited liability company

*Defendants.*

2            Order of the Court            24-11033

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-23519-KMM

_____

ORDER:

The motion for leave to file the Appellants' reply brief out of time is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION