In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11033
_____

ESTATE OF LANE CAVINESS,
   Landon Caviness and Morgan Caviness,
PATRICK AKERLUND,
MICHAEL ALZATI,
ERIC W. ANDERSON,
MICHAEL G. BALLARD, JR., et al.,

*Plaintiffs-Appellants,*

*versus*

ATLAS AIR, INC.,
FLIGHT SERVICES INTERNATIONAL, LLC,

*Defendants-Appellees,*

ENCOMPASS AIR, LLC, et al.,
   an Alaska limited liability company

*Defendants.*

2                                                      24-11033

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-23519-KMM

———————————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 10, 2026

For the Court: DAVID J. SMITH, Clerk of Court